UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

FILED
AUG 26 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

DANIEL LEE PASCHAL,           ) Case No.: _____          (PS)
                              )                          2:25cv·2438 DAD AC
   Plaintiff, Pro Se,         ) COMPLAINT FOR DAMAGES AND
                              ) INJUNCTIVE RELIEF
vs.                           )
                              ) 1. Copyright Infringement (17 U.S.C. § 501)
EDWARD MITCHELL DODSON,       ) 2. Misappropriation of Likeness (Cal. Civ. Code § 3344)
                              ) 3. Unfair Competition (Bus. & Prof. Code § 17200)
   Defendant.                 ) 4. Defamation (Per Se)
                              ) 5. Intentional Interference with Prospective Economic Advantage

Plaintiff, Daniel Lee Paschal, alleges:

### JURISDICTION AND VENUE

1. This action arises under the Copyright Act, 17 U.S.C. § 501.
2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).
3. This Court has supplemental jurisdiction over Plaintiff's related state law claims pursuant to 28 U.S.C. § 1367(a).
4. Venue is proper in this District under 28 U.S.C. § 1391(b), as Defendant resides in Sacramento County, California, and the acts complained of occurred in this District.

### PARTIES

5. Plaintiff, Daniel Lee Paschal, is an individual residing in Sacramento County, California, and is the creator and owner of original TikTok video and photo content through his business account.
6. Defendant, Edward Mitchell Dodson, is an individual residing in Sacramento County, California, who has engaged in acts of copyright infringement and defamation against Plaintiff.

### FACTUAL ALLEGATIONS

7. Plaintiff operates a TikTok business account where he posts original video and photo content.
8. Plaintiff's content constitutes original works of authorship fixed in a tangible medium and protected by copyright law.
9. Without authorization, Defendant downloaded, copied, reposted, and distributed Plaintiff's TikTok videos and photos, including works critical of Defendant.
10. Defendant falsely represented or implied that such works were his own or used them to harass and damage Plaintiff's reputation and business.
11. Defendant further posted a video on TikTok falsely stating that Plaintiff "started his nonprofit to get close to children," which constitutes defamation per se.
12. As a result of Defendant's conduct, Plaintiff suffered harm including lost goodwill, lost followers, lost business opportunities, emotional distress, and reputational harm.

### FIRST CAUSE OF ACTION
(Copyright Infringement – 17 U.S.C. § 501)

13. Plaintiff incorporates paragraphs 1–12.
14. Plaintiff is the owner of the copyrighted TikTok videos and photos at issue.
15. Defendant copied, reposted, and distributed Plaintiff's works without permission.
16. Defendant's conduct was willful, intentional, and in reckless disregard of Plaintiff's rights.
17. Plaintiff is entitled to actual damages and profits, or statutory damages of up to $150,000 per work, plus attorney's fees and

### SECOND CAUSE OF ACTION
(Misappropriation of Likeness / Right of Publicity – Cal. Civ. Code § 3344)

18. Plaintiff incorporates paragraphs 1–12.