UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL LEE PASCHAL,

       Plaintiff,

  v.

EDWARD MITCHELL DODSON,

       Defendant.

No.  2:25-cv-2438 DAD AC PS

ORDER

On August 26, 2025, plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP").  ECF Nos. 1 and 2.  On September 23, 2025, the undersigned granted the motion to proceed IFP but rejected the complaint with leave file an amended complaint within 30 days, pursuant to the screening process required by the IFP statute.  ECF No. 3.  Plaintiff has not filed an amended complaint, and the time to do so has passed.

IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, no later than November 12, 2025, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an amended complaint within this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: October 28, 2025

_Allison Claire_

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE