UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE PASCHAL,<br>Plaintiff,<br>v.<br>EDWARD MITCHELL DODSON,<br>Defendant. | No. 2:25-cv-2438 DAD AC<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE</u><br><br>(Doc. No. 5) |

Plaintiff initiated this civil action by filing a complaint on August 26, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On September 23, 2025, the assigned magistrate judge screened plaintiff's first amended complaint, determined it to be deficient, and directed plaintiff to file an amended complaint curing the noted deficiencies within thirty (30) days of the service of that order. (Doc. No. 3.) When plaintiff failed to file an amended complaint within the time provided, on October 29, 2025, the magistrate judge issued an order requiring plaintiff to show cause in writing by November 12, 2025, why this action should not be dismissed for failure to prosecute and advised plaintiff that the filing of an amended complaint by that date would satisfy the order to show

cause. (Doc. No. 4.) When plaintiff failed to respond in any way to that order to show cause, on November 20, 2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute. (Doc. No. 5.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty–one (21) days of service. (*Id.* at 2.) Plaintiff has not filed any objections, nor communicated with the court in any way, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued November 20, 2025 (Doc. No. 5), are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's lack of prosecution and for failure to comply with the court's order. *See* Fed. R. Civ. P. 41(b); Local Rule 110; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 21, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE